United States District Court
Southern District of Texas
**ENTERED**
August 20, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RAMIRO OMAR RAMOS, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL NO. 2:18-CV-61 |
| | § | |
| JOE BALBOA, *et al*, | § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

On August 19, 2019, the Court granted the parties' motion for approval of their settlement agreement. The Court hereby **DIRECTS** the Clerk of the Court to enter final judgment and close the case.

SIGNED this 19th day of August, 2019.

_____
Hilda Tagle
Senior United States District Judge